IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| OSCAR ACOSTA ESPANA, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | No. 1:26-CV-00300-DAE |
| ORTEGA, *et al.*, | § § § | |
| *Respondents*. | § § | |

ORDER

Before the Court is the status of the above-captioned case. On February 6, 2026, Petitioner Oscar Acosta Espana ("Petitioner") filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. # 1.) Petitioner invoked 28 U.S.C. § 2243 and asked the Court to grant the petition "forthwith." (Id. at 5.)

Pursuant to this division's standing order, this case was referred to U.S. Magistrate Judge Dustin M. Howell. (Dkt. # 2.) Upon the Court's review of the status of this case and pursuant to its authority to manage its own docket, it is hereby **ORDERED** that the referral of this case to the United States Magistrate Judge Dustin M. Howell, (Dkt. # 2), is **VACATED** and that this matter be returned to the docket of the District Court Judge David Alan Ezra. See Marinechance Shipping Ltd v Sebastian, 143 F3d 216, 218 (5th Cir 1998).

**IT IS SO ORDERED**.

1

**DATED**: Austin, Texas, January 11, 2026.

                                             _____
                                             David Alan Ezra
                                             Senior United States District Judge